# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 APR 17 PM 1:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>GUADALUPE LANSING,<br><br>           Defendant. | CASE NO. 09CR572-JAH<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8:1324(a)(1)(A)(ii)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/14/09

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____